## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 4:16-CR-332** |
| Plaintiff, | : | |
| | : | **JUDGE CHRISTOPHER BOYKO** |
| v. | : | |
| | : | **DEFENDANT'S MOTION TO** |
| **DERRICK GRANT,** | : | **ENFORCE ORDER** |
| | : | |
| Defendant. | : | |

Now comes Defendant Derrick Grant, by and through undersigned counsel, and respectfully moves this Court for an Order to enforce compliance with a previous order of this Court.

Specifically, on June 21, 2018, in response to the government's unopposed *Motion for Involuntary Medication to Restore Competency* (Doc. 45), this Court committed the Defendant to the custody of the Attorney General of the State of Ohio to effectuate his hospitalization for treatment with antipsychotic medication at a suitable facility for such a reasonable time, not to exceed four months, as necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit these proceedings to go forward. *See* Order, Doc. 46. The Court's earlier order also directed the treating facility to provide it with a written report of Defendant's progress as set for the in Section 4241(d) of Section 18 of the United States Code. *Id*. To-date, no steps have been undertaken to transport or treat Defendant Grant as ordered by the Court; instead, he been in detention at the Northeast Ohio Correctional Center, where he remains.

Based upon the foregoing, Defendant Grant requests an Order to enforce compliance with the Court's June 21, 2018 Order.

Respectfully submitted,

/s/ Donald Butler
Donald Butler (0005968)
1220 West 6th Street, Suite 203
Cleveland, Ohio 44113
Telephone: (216) 621-7260
Facsimile: (216) 241-1312
Email: butdon@aol.com

*Attorney for Defendant Derrick Grant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of December, 2018, a copy of the *Defendant's Motion to Enforce Order* was filed electronically and notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

      BY:

      /s/ Donald Butler
      Donald Butler (0005968)

      *Attorney for Defendant Derrick Grant*